IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 09-50173-TUC-RCC(HCE) |
| Plaintiff, | **ORDER** |
| vs. | |
| IRA L. MOORE, | |
| Defendant. | |

The Court has reviewed the pleadings filed, the exhibits and the transcripts submitted from the evidentiary hearings,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#30) and the Court finds that the defendant has violated Standard Condition No. 1 (Allegation A).

**IT IS FURTHER ORDERED** that the admitted exhibits be returned to counsel.

Matter remains set for Disposition on March 22, 2010 at 10:30 a.m.

DATED this 18th day of March, 2010.

Raner C. Collins
United States District Judge